%JS 44   (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

14-W-5566

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ALFRED FUNDERBURK

## DEFENDANTS

CONTRACT CALLERS, INC.

(b) County of Residence of First Listed Plaintiff   Philadelphia

County of Residence of First Listed Defendant

(c) Attorney's (Firm Name, Address, Telephone Number and Email Address)

Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
(215) 540-8888

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                                              and One Box for Defendant)

|                          | PTF | DEF |                                                  | PTF | DEF |
|--------------------------|-----|-----|--------------------------------------------------|-----|-----|
| Citizen of This State    | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|-|--------------------|------------|----------------|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | PERSONAL PROPERTY | Safety/Health | | ☒ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1692

Brief description of cause:
Fair Debt Collection Practices Act

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S)
(See instructions):

JUDGE

DOCKET NUMBER

Explanation:

DATE   09/26/2014

SIGNATURE OF ATTORNEY OF RECORD

SEP 2 9 2014

S.T.

# UNITED STATES DISTRICT COURT
**14 5566**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 158 East Maryland Avenue, Philadelphia, PA 19144

Address of Defendant: 1058 Claussen Road, Suite 110, Augusta, GA 30907

Place of Accident, Incident or Transaction: _____
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))　Yes☐　No☒

Does this case involve multidistrict litigation possibilities?　Yes☐　No☒
*RELATED CASE, IF ANY:*
Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐　No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐　No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐　No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐　No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) 15 U.S.C. § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*
I, Craig Thor Kimmel, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: 09/26/2014　Craig Thor Kimmel　57100
Attorney-at-Law　Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**SEP 2 9 2014**

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 09/26/2014　Craig Thor Kimmel　57100
Attorney-at-Law　Attorney I.D.#

CIV. 609 (5/2012)



### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| ALFRED FUNDERBURK | : | CIVIL ACTION |
| v. | : | |
| CONTRACT CALLERS, INC. | : | **14   5566** NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                                     ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  (x)

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.                                                                            ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)                                                                              ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.             ( )

| | | |
|---|---|---|
| 09/26/2014 | Craig Thor Kimmel | ALFRED FUNDERBURK |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-540-8888 | 877-788-2864 | kimmel@creditlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

SEP 2 9 2014



# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

FILED

SEP 29 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

14   5566

| | |
|---|---|
| ALFRED FUNDERBURK, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **Case No.:** |
| | ) |
| CONTRACT CALLERS, INC., | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| Defendant | ) |
| | ) **(Unlawful Debt Collection Practices)** |

## COMPLAINT

ALFRED FUNDERBURK ("Plaintiff"), by his attorneys, KIMMEL & SILVERMAN, P.C., alleges the following against CONTRACT CALLERS, INC. ("Defendant"):

### INTRODUCTION

1.     Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### JURISDICTION AND VENUE

2.     Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28



- 1 -

U.S.C. § 1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

3.      Defendant conducts business in the Commonwealth of Pennsylvania and therefore, personal jurisdiction is established.

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

### PARTIES

5.      Plaintiff is a natural person residing in Philadelphia, Pennsylvania 19144.

6.      Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

7.      Defendant is a national debt collection company with corporate headquarters located at 1058 Claussen Road, Suite 110, Augusta, Georgia 30907.

8.      Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6), and contacted Plaintiff in an attempt to collect a consumer debt(s).

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### FACTUAL ALLEGATIONS

10.      At all relevant times, Defendant was attempting to collect an alleged consumer debt from Plaintiff.

-2-

11.     The debt, a PECO Energy bill for electric service to Plaintiff's household, arose out of transactions, which were primarily for personal, family, or household purposes.

12.     Beginning in or around November 2013, Defendant engaged in debt collection activities seeking to collect alleged debt from Plaintiff.

13.     Specifically, on or about November 8, 2013, Defendant sent Plaintiff a letter demanding payment of the alleged debt.   See Exhibit A, Defendant's November 8, 2013.

14.     Plaintiff received Defendant's letter on a date after November 8, 2013.

15.     In its November 8, 2013, letter, Defendant offered Plaintiff a three (3) settlement options – all of which required Plaintiff to make a payment no later than December 8, 2013, less than thirty (30) days after receiving its letter.

16.     Defendant's settlement offers, which required payment less than thirty (30) days after receiving the letter, overshadowed Plaintiff's rights to dispute the debt and/or request validation of the debt.

17.     Further obscuring Plaintiff's rights to dispute the debt and/or request validation of the debt, Defendant placed the disclosure of Plaintiff's statutory rights on the back of the letter.

18.     The reference Defendant made regarding the mandatory statutory

- 3 -

disclosure did not alert Plaintiff that Defendant's offer required action from him in less time than he had to dispute the debt and/or request validation.

19.    Defendant's actions were intentionally designed to mislead the Plaintiff into believing that some important opportunity to resolve the debt would be missed if he did not take advantage of it within the given time period.

20.    Upon information and belief, immediate payment was not the goal of the letter, as Defendant offered several payment options, including an installment option, in which payments would have continued well past the 30 day period for Plaintiff to dispute the debt or seek validation.

21.    Upon information and belief, the goal of Defendant's letter was to get Plaintiff to abandon any thought of disputing the debt or seek validation, which is typical when a debt collector and current owner of the debt lack sufficient proof to satisfy a validation request.

22.    Defendant's actions as described herein were made with the intent to unfairly coerce payment from Plaintiff.

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

23.    In its actions to collect a disputed debt, Defendant violated the FDCPA in the following ways:

## COUNT I

a.    A debt collector violates § 1692f of the FDCPA by using unfair

- 4 -

or unconscionable means to collect or attempt to collect any debt.

b.    Here, Defendant violated § 1692f of the FDCPA engaging in other unfair and unconscionable debt collection practices, including sending correspondence offering Plaintiff a settlement of the debt but giving him a time to accept less than the period to dispute the debt and/or request validation, making Plaintiff believe that he could only choose one option.

### COUNT II

a.    A debt collector violates § 1692g(a) of the FDCPA by failing to send to the consumer, within five days after its initial communication with a consumer in connection with the collection of a debt, a written notice containing: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will

- 5 -

obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

b.     A debt collector violates § 1692g(b) of the FDCPA by engaging in collection activities and communication during the 30-day period may not overshadow or be inconsistent with the disclosure of the consumer's right to dispute the debt or request the name and address of the original creditor.

c.     Here, Defendants violated §§ 1692g(a) and 1692g(b) of the FDCPA by failing to send Plaintiff written notification that effectively conveyed his rights to dispute the debt and/or request validation of the debt.

WHEREFORE, Plaintiff, ALFRED FUNDERBURK, respectfully prays for a judgment as follows:

a.     All actual damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

- 6 -

PLAINTIFF'S COMPLAINT

b.   Statutory damages of $1,000.00 for the violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c.   All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

d.   Any other relief deemed appropriate by this Honorable Court.

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE   TAKE   NOTICE   that   Plaintiff,   ALFRED   FUNDERBURK, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATE: September 26, 2014       KIMMEL & SILVERMAN, P.C.

By: _____
CRAIG THOR KIMMEL
Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com

- 7 -

PLAINTIFF'S COMPLAINT



1058 Claussen Road, Suite 110
Augusta, GA 30907
855-849-0491

| | |
|---|---|
| Date: | 11/06/2013 |
| Account #: | |
| Current Creditor: | PECO ENERGY COMPANY:25637 |
| Balance Due: | $713.93 |

## OFFER OPTIONS

### Settlement Option
➤ Pay $356.97 no later than
12/08/13. (50% Reduction)
➤ Your account will be considered
**"Settled in Full"** after we post
your payment. We are not required to
renew this offer.

### Monthly Arrangement
➤ Pay over 4 equal
monthly installments of $178.48.
➤ First payment due no later than
12/08/13.
➤ Your account will be considered
**"Paid in Full"** after we post
your final payment.

### Flexible Arrangement
➤ Contact one of our Professional
Representatives to qualify for
our various payment options
➤ First payment due no later than
12/08/13.
➤ Your account will be considered
**"Paid in Full"** once the account
reaches a zero balance.

### AFFORDABLE OPTIONS TO RESOLVE THIS ACCOUNT!

Dear Alfred Funderburke,

Sometimes difficult situations arise that can cause financial hardship. We want to
help you resolve your account and have developed three affordable options for
you to pay off this account. Please call our toll free number 855-849-0491 to
make arrangements and cease collection activity.

This letter is from a debt collector and is an attempt to collect a debt. Any
information obtained will be used for that purpose.

Sincerely,
Contract Callers, Inc.
855-849-0491

**Please see reverse side for important information.**

## CONTRACT CALLERS, INC. CONTACT INFORMATION

 Call Toll-Free 855-849-0491
to discuss payment arrangements.
Let us prove how committed we
are to working with you!

 Pay by mail to:
Contract Callers, Inc.
PO Box 212489
Augusta, GA 30917-2489

 You can now pay online at:
www.contractcallers.com

 Office Hours (Eastern Time)
Monday through Friday - 8:00am
through 8:00pm and Saturday
9:00am through 1:00pm EST

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

PO Box 212489
Augusta, GA  30917-2489

11/08/2013

ARCA/OO21279033/010/   219082190703   22653/0011327/0038

Alfred Funderburke

## CALL US TODAY!
## (855-849-0491)
## PAY ONLINE!
### www.myaccount.contractcallers.com/payments/



Contract Callers, Inc.
PO Box 212489
Augusta, GA  30917-2489



PLAINTIFF'S
EXHIBIT

A

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

In addition to accepting payments at our P O Box, our office offers several convenient methods for our consumers to pay their bills:

> Checks by phone
> Credit Cards (Master Card/Visa)
> Western Union (code City FLAME, State GA)
> Money Gram (use receiver code 4984

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the account as a check transaction. When we use this information from your check to make an electronic fund transfer funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution.

FEDERAL LAW PROHIBITS COLLECTION AGENCIES FROM CONTACTING YOU ABOUT YOUR DEBT IF YOU SEND A LETTER REQUESTING THAT ALL CONTACTS STOP.

ARCA/CCI21279033/310/TRAY18      219062190763      22654/0011327/0036